**Everardo LARA–MIRANDA, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–71375.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 16, 2005.

Pieter D. Speyer, Esq., Law Office of Pieter Speyer, La Jolla, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Joan E. Smiley, Esq., Richard M. Evans, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, W. FLETCHER, and FISHER, Circuit Judges.

MEMORANDUM **

Everardo Lara–Miranda, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' decision summarily affirming an Immigration Judge's order denying his application for cancellation of removal on hardship grounds. We dismiss the petition for review.

Lara–Miranda failed to exhaust his contention that his United States citizen children were denied due process in his removal proceedings in that the agency did not give them notice or the opportunity to be heard, and we therefore lack jurisdiction to consider this claim. *See* 8 U.S.C. § 1252(d)(1); *Sanchez–Cruz v. INS,* 255 F.3d 775, 780 (9th Cir.2001) (due process claims raising correctable procedural errors must be exhausted before the BIA).

The voluntary departure period was stayed, and that stay will expire upon issuance of the mandate. *See Desta v. Ashcroft,* 365 F.3d 741 (9th Cir.2004).

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

PETITION FOR REVIEW DIS-
MISSED.

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
9th Cir. R. 36–3.